Commonwealth ex rel. Krenkowitz, Appellant, v.
Bertrand..

Submitted November 8, 1965. *Louis S. Minotti, Jr.,*
for appellant; *Elwood M. Malos,* Assistant District At-
torney, and *Bernard V. O'Hare, Jr.,* District Attorney,
for appellee.
Order affirmed.

Commonwealth ex rel. Lark, Appellant, v.
Rundle.

Submitted November 8, 1965.
*Albert Lark,* appellant, in propria persona; *William D.
Phillips,* Assistant District Attorney, and *Harold V.
Fergus,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. McCullough, Appellant, v.
Russell.

Submitted November 8, 1965.
*Robert McCullough,* appellant, in propria persona;
*Kenneth E. Fox, Jr.,* District Attorney, for appellee.
Order affirmed..